UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-CV-60663-KMW

JENNIFER COSTA, on behalf of herself
and all others similarly situated,

      Plaintiff,

v.

KERZNER INTERNATIONAL RESORTS,
INC., KERZNER INTERNATIONAL
NORTH AMERICA, INC., KERZNER
INTERNATIONAL MARKETING, INC.,
AND PIV INC., D/B/A DESTINATION
ATLANTIS,

      Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO SUSPEND ALL PRE-TRIAL DEADLINES

This MATTER came before the Court pursuant to the Parties' Joint Motion To Suspend Pre-Trial Deadlines Due To Settlement [D.E. 56]. The motion is **GRANTED**. Accordingly, all of the pretrial deadlines in the Court's October 24, 2011 Scheduling Order [D.E. 51] are hereby suspended until further Court Order. The Parties shall file their Motion for Preliminary Approval by 5:00 p.m., March 23, 2012.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day of March, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE